IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GIORGIO QUINIONES,<br><br>    *Plaintiff,*<br><br> vs.<br><br>LG CHEM, LTD., and the FIRST DOE through FIFTIETH DOE, inclusive,<br><br>    *Defendants*. | CIVIL ACTION NO. 2:21-cv-01612-MCE-JDP<br><br>Assigned to Hon. Morrison C. England, Jr.<br><br>**ORDER** |

  Good cause having been shown, Plaintiff Giorgio Quiniones' unopposed motion to extend time to complete service of Defendant LG Chem is GRANTED. Plaintiff is directed to serve Defendant not later than July 8, 2022.

  IT IS SO ORDERED.

DATED: December 20, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -     PROOF OF SERVICE