**LEWIS BRISBOIS BISGAARD & SMITH** LLP
TREVOR J. INGOLD, SB# 193227
  E-Mail: Trevor.Ingold@lewisbrisbois.com
JENNIE I. LEE, SB# 312147
  E-Mail: Jennie.Lee@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

**NELSON MULLINS RILEY & SCARBOROUGH** LLP
RACHEL ATKIN HEDLEY, *(Admitted Pro Hac Vice)*
  E-Mail: Rachel.Hedley@nelsonmullins.com
1320 Main Street, 17th Floor
Columbia, South Carolina 29201
Telephone: 803.799.2000
Facsimile: 803.256.7500

Attorneys for Defendant
LG CHEM, LTD.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GIORGIO QUINIONES,<br><br>            Plaintiff,<br><br>     vs.<br><br>LG CHEM, LTD., and the FIRST DOE through the FIFTIETH DOE, inclusive,<br><br>            Defendants. | CASE NO. 2:21-cv-01612-MCE-JDP<br><br>**ORDER GRANTING DEFENDANT LG CHEM, LTD.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF AND LEAVE TO EXCEED THE PAGE LIMIT**<br><br>Hon. Morrison C. England, Jr. |

THIS MATTER having come before this Court on Defendant LG Chem, Ltd.'s ("LG Chem") Unopposed Motion for Extension of Time to File its Reply Brief and Leave to Exceed the Page Limit, and this Court having reviewed the aforementioned motion:

1  Having reviewed the materials submitted, and the files and records herein, this Court is fully
2  informed.  IT IS HEREBY ORDERED that Defendant LG Chem, Ltd.'s Unopposed Motion for
3  Extension of Time to File its Reply Brief and Leave to Exceed the Page Limit is GRANTED.  LG
4  Chem, Ltd.'s time to file a Reply Brief in further support of its Motion to Dismiss Plaintiff's
5  Complaint for Lack of Personal Jurisdiction is extended to June 10, 2022.  LG Chem, Ltd. may
6  exceed the page limit for its Reply Brief to file up to 15 pages.

   IT IS SO ORDERED.

Dated:  June 2, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE