# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**GIORGIO QUINIONES,**

CASE NO: **2:21–CV–01612–MCE–JDP**

v.

**LG CHEM, LTD.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/27/2023**

**Keith Holland**
Clerk of Court

ENTERED: **April 27, 2023**

by: /s/ L. Mena–Sanchez
Deputy Clerk